### 12837.  EUBANKS *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the verdict, and the excerpt from the charge of the court, complained of in the amendment to the motion for a new trial, when considered in the light of the entire charge and the facts of the case, does not require a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 17, 1921.

Accusation of possessing intoxicating liquor; from city court of Floyd county — Judge Nunnally. July 22, 1921.

*Porter & Mebane,* for plaintiff in error.

*James Maddox, solicitor,* contra.